IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JUAN VILLANUEVA | § | |
| | § | |
| | § | CIVIL ACTION NO. 7:15-cv-135 |
| VS. | § | |
| | § | JURY DEMANDED |
| ALLSTATE TEXAS LLOYDS | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant herein would advise the Court that the parties have reached a settlement and therefore, request that all deadlines be suspended pending documentation of settlement.

Respectfully submitted,

BY:     /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been sent via electronic messaging, to the Attorney for Plaintiff, as follows:

Chris Schlieffer
Scott G. Hunziker
THE VOSS LAW FIRM
26619 Interstate 45 South
The Woodlands, Texas 77380

on this 12th day of February, 2016.

    /s/ *Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL