IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN VILLANUEVA | § § | |
| | § | CIVIL ACTION NO. 7:15-CV-00135 |
| VS. | § | |
| | § | JURY DEMANDED |
| ALLSTATE TEXAS LLOYDS | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Juan Villanueva, and Defendant, Allstate Texas Lloyds, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On February 24, 2015, Plaintiff, Juan Villanueva sued Defendant.

2. Plaintiff, Juan Villanueva moves to dismiss his suit.

3. Defendant agrees to the dismissal of Juan Villanueva's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Juan Villanueva's case.

7. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

*/S/Scott G. Hunziker*
Scott G. Hunziker
Attorney In Charge

Scott G. Hunziker

State Bar No. 24032446
Federal ID No. 38752
26619 Interstate 45
The Woodlands, Texas 77380
(713) 861-0015
(713) 861-0021 (Fax)

/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been served electronically to the Attorney for Plaintiff, as follows:

Scott G. Hunziker
THE VOSS LAW FIRM, PC
26619 Interstate 45
The Woodlands, Texas 77380

on this 10th day of March, 2016.

/S/ *Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL

29631 Stipulation of Dismissal
2