United States District Court
Southern District of Texas
**ENTERED**
March 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN VILLANUEVA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-135 |
| § | |
| ALLSTATE TEXAS LLOYDS, § | |
| § | |
| Defendant. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff Juan Villanueva's claims asserted against Defendant Allstate Texas Lloyds with prejudice.

SO ORDERED this 11th day of March, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1